IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA GASNER,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., an Arkansas corporation;<br><br>    Defendant. | 7:12CV5007<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Maren L. Chaloupka as counsel of record for Plaintiff Cynthia Gasner, (filing no. 3), is granted.

2) On or before November 19, 2012, Plaintiff Cynthia Gasner shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel.  The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) Ms. Chaloupka shall promptly mail a copy of this order to Plaintiff, and file a certificate of service stating the date and the manner of service, and the name and address served.

October 19, 2012.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge