IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA GASNER,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., an Arkansas corporation;<br><br>    Defendant. | 7:12CV5007<br><br>ORDER |

  On October 19, 2012 Plaintiff's counsel was granted leave to withdraw from this case, (filing no. 4). Plaintiff was ordered to advise the court, on or before November 19, 2012, whether she intended to either: (1) obtain the services of new counsel and have that attorney make an appearance on her behalf; or (2) file a statement notifying the court of her intent to litigate this matter without the assistance of counsel. Filing No. 4. Plaintiff has taken no further action in this case.

  Accordingly,

  IT IS ORDERED:

  1) The plaintiff is given until Monday, January 7, 2013 to comply with the court's order of October 19, 2012 or to show cause why her claims should not be dismissed for want of prosecution, in the absence of which the plaintiff's claims against the defendants may be dismissed and a judgment of dismissal may be entered without further notice.

  2) The clerk of the court shall mail a copy of this order to Plaintiff.

    Cynthia Gasner
    38 Lady Valentina Avenue
    Vaughn, ON L6A 0E4
    Canada

Dated this 11th day of December, 2012.

            BY THE COURT:

            *s/ Cheryl R. Zwart*
            United States Magistrate Judge