IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CYNTHIA GASNER, | ) | 7:12CV5007 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WAL-MART STORES, INC., an | ) | |
| Arkansas corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the findings and recommendation filed by Magistrate Judge Cheryl R. Zwart on January 8, 2013.  (Filing 10.)  Judge Zwart recommends that the plaintiff's complaint be dismissed for want of prosecution.

No objections have been filed to the findings and recommendation within the time permitted by 28 U.S.C. § 636(b).  In any event, I have conducted a de novo review and find that Judge Zwart has correctly found the facts and applied the law.  Therefore, Judge Zwart's findings and recommendation will be adopted, and the plaintiff's complaint will be dismissed without prejudice.

IT IS ORDERED:

1.    Magistrate Judge Zwart's findings and recommendation (filing 10) is adopted.

2.    The plaintiff's complaint is dismissed without prejudice.

3.    Final judgment will be entered by separate document.

DATED this 28th day of January, 2013.

BY THE COURT:
s/*Richard G. Kopf*
Senior United States District Judge